(No. 6414— )

Savin Business Machines, Claimant, *vs*. State of Illinois, Office of the Lieutenant Governor, Respondent.

*Opinion filed June 13, 1972.*

Normandt and Normandt, Attorney for Claimant.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Perlin, C.J.

(No. 6431— )

Berz Ambulance Service, Inc., Claimant, *vs*. State of Illinois, Department of Mental Health, Respondent.

*Opinion filed June 13, 1972.*

Berz Ambulance Service, Inc., Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

Perlin, C.J.

(No. 6433— )

Berz Ambulance Service, Inc., Claimant, *vs*. State of Illinois, Department of Mental Health, Respondent.

*Opinion filed June 13, 1972.*

Berz Ambulance Service, Inc., Claimant, pro se.

William J. Scott, Attorney General; Saul R. Wexler, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6434—

BERZ AMBULANCE SERVICE, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed June 13, 1972.*

BERZ AMBULANCE SERVICE, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6480—

JAMES H. BREIHAN, M.D., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed June 13, 1972.*

DR. JAMES H. BREIHAN, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6493—

MPATI, INC., Claimant, *vs.* STATE OF ILLINOIS, SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.